1

2

3

4

5

6

7                          **UNITED STATES DISTRICT COURT**

8                          **CENTRAL DISTRICT OF CALIFORNIA**

9                               **WESTERN DIVISION**

10

11   MIGUEL VASQUEZ,                    )   No. CV 15-9749-SJO (PLA)
                                        )
12                   Petitioner,        )   **ORDER ACCEPTING MAGISTRATE**
                                        )   **JUDGE'S AMENDED REPORT AND**
13           v.                         )   **RECOMMENDATION**
                                        )
14   W. L. MONTGOMERY, Warden,          )
                                        )
15                   Respondent.        )
                                        )
16   ─────────────────────────────────  )

17           Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file

18   herein, the Magistrate Judge's Amended Report and Recommendation, and petitioner's Objections

19   to the Report and Recommendation and Amended Report and Recommendation.  The Court has

20   engaged in a <u>de novo</u> review of those portions of the Amended Report and Recommendation to

21   which objections have been made.  The Court accepts the recommendations of the Magistrate

22   Judge.

23           ACCORDINGLY, IT IS ORDERED:

24           1.      The Amended Report and Recommendation is accepted.

25   /

26   /

27   /

28   /

1    2.    Judgment shall be entered consistent with this Order.

2    3.    The clerk shall serve this Order and the Judgment on all counsel or parties of record.

3    *S. James Otero*

4  DATED: September 1, 2017.    _____
                                          HONORABLE S. JAMES OTERO
5                                         UNITED STATES DISTRICT JUDGE