**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MIGUEL VASQUEZ, | No. CV 15-9749-SJO (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| W. L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's Amended Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: September 1, 2017

_S. James Otero_

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE